UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ORIGINAL

## Alternative Dispute Resolution Summary

JUL - 7 2003

CLERK, U.S. DISTRICT COURT
by _____
  Deputy

1. Civil Action number: 3:00-CV-1933-N

2. Style of Case: Source, Inc. v. 2nd Source Wireless, Inc.

3. Nature of suit: Trademark

4. Method of ADR used: ☒ Mediation    ☐ Mini-Trial    ☐ Summary Jury Trial

5. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.    ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR    ☐ Parties were unable to reach settlement

   ☐ Continuing to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*).

6. What was your fee? $3,000.00 ($1,500.00 per party)

7. Duration of ADR: one full day

8. Please list persons in attendance:

   Christopher Nolland, Mediator
   Jim Liles, Counsel for 2nd Source
   Mike Grubbs, Rep. for Second Source
   Richard L. Schwartz, Counsel for Source, Inc.
   David C. Potter, Rep. for Source, Inc.

   **Please provide the names, addresses, and telephone numbers of counsel on the reverse side of this form.**

9. Provider information:

   _____
   Signature

   1717 Main Street, Suite 4050, Box 39
   Dallas, Texas 75201-4639

   July 3, 2003

   Telephone: (214) 653-4360
   Facsimile: (214) 653-4343

*Provider must file completed form in duplicate with the U.S. District Clerk upon completion of ADR.*

Plaintiff's Counsel:

Richard "Rocky" Schwartz, Esq.
Whitaker, Chalk, Swindle, & Sawyer, L.L.P.
3500 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102-4186
(817) 878-0524 direct
(817) 878-0500 general
(817) 429-6268 metro
(817) 878-0501 fax
rschwartz@whitakerchalk.com

Defendant's Counsel:

James "Jim" D. Liles, Esq.
Dinsmore & Shohl, L.L.P.
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202
(513) 977-8600