

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOURCE, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 3-00CV1933-N |
| 2ND SOURCE WIRELESS, INC. | § § | |
| Defendant | § | |

### ORDER ON JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

The Court has considered the JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE filed by the Plaintiff SOURCE, INC. and Defendant 2ND SOURCE WIRELESS, INC. The Court finds that the Motion is well taken and should be granted and thus, hereby ORDERS, ADJUDGES AND DECREES that:

    (a) Plaintiff is the owner of all right, title and interest in and to all of its "Source", "2nd Source" and "Second Source" trademarks and/or service marks, and that all such marks are valid and subsisting;

    (b) This Court's prior summary judgment determinations as set out in the Court's Orders dated November 4, 2002 and April 22, 2003 are hereby vacated;

    (c) This Court retains continuing jurisdiction to enforce the Confidential Settlement Agreement;

    (d) All claims and counterclaims are hereby dismissed with prejudice; and,

    (e) All parties shall bear their own costs and attorneys' fees in this action.

So Ordered on this 29 day of July, 2003.

David C. Godbey
United States District Judge